UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JUSTIN A. DANIELL,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HAYNES, *et al.*,<br><br>Defendants. | No. 5:19-CV-00196-H |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation that this case should proceed and that the Court should enter a scheduling order. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court will enter a separate scheduling order, setting forth dates for pretrial deadlines and filing dispositive motions.

So ordered.

Dated December 17, 2020.

*[signature]*
JAMES WESLEY HENDRIX
United States District Judge